**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1815**

———————

AYAZ ANWAR KHATTAK,

              Plaintiff - Appellant,

       v.

UNITED STATES OF AMERICA,

              Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:08-cv-00507-LMB-JFA)

———————

Submitted: October 21, 2008        Decided: October 24, 2008

———————

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ayaz Anwar Khattak, Appellant Pro Se.  R. Joseph Sher, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ayaz Anwar Khattak appeals the district court's order dismissing with prejudice his civil action filed under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Khattak v. United States, No. 1:08-cv-00507-LMB-JFA (E.D. Va. filed June 19, 2008, entered June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED